United States District Court
Western District of Michigan
- Lansing division -

Case No. 20-CV-107
Judge: Robert J. Jonker
Magistrate: Phillip J. Green

Michael Mohamed Salami
Plaintiff,

v.

L. Becchas, et al
defendant(s).

Voluntary dismissal request by Plaintiff.

Plaintiff, Michael Mohamed Salami, IN-Pro-SE, respectfully petitions this Court to Please dismiss Without Prejudice the Claims of 20-CV-107 as she has early-onset symptoms of Covid-19 and needs to focus on her health and well-being.

FILED - LN
August 11, 2020 10:24 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: clw /   SCANNED BY: CW/8/11

Respectfully by:
/s/ Michael Salami
Data: 4. De Augusto De 2020

Certificate De Service:

I declare on the Date of 4. De Augusto De 2020, I sent this notice to all parties legal-counsel and U.S.W.D Lansing Clerk of Court via U.S.P.S first class postage.

/s/ Michael Mohamed Salami
MDOC # 872045
10274 E. Boyer Rd
Carson-City, MI. 48811

Data: 4th. De Augusto De 2020

Page (1.) De-1

Michael Salami
ORF. #879045
10274 E. Boyer Rd
Carson-City, mi, 48811-usa -

Legal-mail
20-cv-54)

20-cv-107

20-cv-21

To: Office ~~~~~~~~~
U.S Western District Court -
- Lansing - division -

113 Federal Bldg.,
315 w. Allegan
Lansing, mi 48933-usa

US POSTAGE PITNEY BOWES
ZIP 48811 $ 000.50
02 4W
0001362389 AUG 06 2020