UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MICHAEL SALAMI #879045,

     Plaintiff,                      NO. 1:20-cv-107

v                                HON. PAUL L. MALONEY

HEIDI WASHINGTON, L. BEECHER,     MAG. PHILLIP J. GREEN
J. NIEMIEC, R. REWERTS,
J. WINGER, RICHARD RUSSELL,      **MDOC DEFENDANTS'**
and K. NEVING,                      **RESPONSE TO PLAINTIFF'S**
                                      **MOTION TO DISMISS**

     Defendants.

---

| | |
|---|---|
| Michael Salami #879045 | Allan J. Soros (P43702) |
| *In Pro Per* | Assistant Attorney General |
| Carson City Correctional Facility | Attorney for MDOC Defendants |
| 10274 Boyer Road | Michigan Department of Attorney General |
| Carson City, MI  48811-9746 | MDOC Division |
| | P.O. Box 30217 |
| | Lansing, MI  48909 |
| | (517) 335-3055 |

_____/

     NOW COME MDOC Defendants L. Beecher and J. Niemiec, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1), and in response to Plaintiff's Notice of Voluntary Dismissal (ECF # 14), concur in Plaintiff's request to have this action dismissed without prejudice.

                                 Respectfully submitted,

                                 Dana Nessel
                               Attorney General

                               *s/ Allan J. Soros*
                               Assistant Attorney General
                               MDOC Division
                               P.O. Box 30217
                               Lansing, MI  48909
                               sorosa@michigan.gov
                               (517) 353-3055

Date:  August 24, 2020          P43702

Soros\Mediation Prog\Salami – Concurrence in Dismissal