UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MICHAEL SALAMI,

    Plaintiff,      Case No. 1:20-cv-107

v.             Honorable Paul L. Maloney

HEIDI E. WASHINGTON et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action against Defendants Washington, Russell, Rewerts, and Neving is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that the remainder of Plaintiff's action against Defendants Beecher and Niemiec is voluntarily **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(a)(2).

Dated: November 10, 2020     /s/ Paul L. Maloney
                 Paul L. Maloney
                 United States District Judge